Zoyla Isolina Asensio-Boyadzhyan
NAME Reg # 18491-112
Victorvill Prison Camp

PRISON IDENTIFICATION/BOOKING NO.
P. O. Box 5100
Adelanto, Ca 92301
ADDRESS OR PLACE OF CONFINEMENT

Note:   If represented by an attorney, provide name, address & telephone
        number. *It is your responsibility to notify the Clerk of Court in
        writing of any change of address.*

RECEIVED

JUN 2 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Zoyla Isolina Asensio-Boyadzhan
FULL NAME (Include name under which you were convicted)

Petitioner,

United States of America

v.

Tereser A. Banks, Warden
NAME OF WARDEN, (or other authorized person having custody of
petitioner)

Respondent.

CASE NUMBER:

CV   3:07-CV-00124-JWS
To be supplied by the Clerk of the United States District Court

CR   A00-0079-01-CR(HRH)          lit
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY
A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)**

### INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under* penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a material* fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction.
2. ☒ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

## PETITION

1. Place of detention __Victorville Prison Camp,__

2. Name and location of court which imposed sentence __United States District Court__
   __of Alaska     Anchorage, Alaska__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. __unknown__
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. __June 24, 2002    188 months__
   b. _____
   c. _____

5. Check whether a finding of guilty was made:
   a. ☐ After a plea of guilty
   b. ☒ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☒ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?  ☒ Yes    ☐ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION:**  *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.*

   a.  (1) Name of court __United States Court of Appeals for the Ninth Circuit__
       (2) Result __appeal denied__
       (3) Date of result _____2004_____
       (4) Citation or number of opinion __unknown__

(5) Grounds raised (list each):

    (a) <u>inadiquate councel</u>

    (b) <u>others (unknown)</u>

    (c) _____

    (d) _____

b.  (1) Name of court _____

    (2) Result _____

    (3) Date of result _____

    (4) Citation or number of opinion _____

    (5) Grounds raised (list each):

       (a) _____

       (b) _____

       (c) _____

       (d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

    **CAUTION:** *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.*

a.  Ground one: <u>Attorney at trial refused to allow me to testify in my own behalf, even when I insisted.</u>

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____
<u>I told my attorney I did not know the people involved in this case were storing drugs in my garage. I wanted to tell the jury this. He did not bring this up at trial nor would he let me testify.</u>

b.  Ground two: <u>A man in the case (but triel seperately) wrote a letter stating that I didnot know the drugs were in my garage.</u>

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): <u>During the case against my house Lavelle Lampkin (Reg # 14112-006) wrote a letter to my attorney stating that I did not know there was drugs in my garage and that he did not get any drugs from me. He states that the DA paid his rent and wanted him to lie on me.</u>

c.  Ground three: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

d.  Ground four: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?    ☒ Yes  ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

   a.  (1) Name of Court _United States District Court of Alaska_____

       (2) Nature of proceeding ___2255_____

       (3) Grounds raised _Blakely and Apprendi_____

_____

_____

_____

_____

       (4) Result _motion denied_____

       (5) Date of result ___2005_____

       (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

       ___Unknown_____

_____

_____

_____

b. (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

_____

_____

_____

13. Are you presently represented by counsel?   ☐ Yes   ☒ No

If so, provide name, address and telephone number _____

_____

Case name and court _____

_____

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?      ☐ Yes   ☐ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____6-18-07_____          _____
                    *Date*                          *Signature of Petitioner*