**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

                              Case Number 3:00-cr-00079-HRH
                                          3:07-cv-00124-JWS

v.

ZOYLA ISOLINA ASENSIO-BOYADZHYAN,,
    Defendant.                **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.

APPROVED:


/s/ H. Russel Holland
United States District Judge

                                                  Ida Romack
Date: July 17, 2007                Clerk of Court


                                               Linda Christensen
                                              (By) Deputy Clerk