2-18-

Mr Hodic,

My name is Lavelle Lampkin I am the co defentant to Zoyla Asensio I found out that the are triing to take her house well there are alot of thing in this case that you should know about like the fact that the Feds where triing to get me to lie and say that I got drugs from Ms Asensio. My attornany had me take a deal but did not exsplain thi to me and triied to get me to say things that did not happen. When I would not do what they wanted they took back my deal and screwed me. I am working on a appeal but any way I can help Ms Asensio I will. I am in Alaska on a differant case and will be going back to California soon. If you need to get ahold of me send a letter to me. The address you can writer me is Lavelle Lampkin 6501 Donna Drive Apt Anchorage AK 99504

they wanted me to say. but when I would not then they got mad. So I got caught in jail with some pills and tobacco they charged me when it was handled in house. Then they took me deal back after the said the jail thing was not a prob I think it was because I would not lie and tell the story that they wanted. I tried to have the money the brought up but my attorney would not do it. That is tring to buy a witness. And if they tried to do that with me who says that they did not do that with the others. Now Danny Kerr and Tatiana Stone are on the streets for the deals that they made. I got 10 years one month from the feds, and maybe a nother 5 ye from the states. So yes I am willing to help. I will be at Anchorage Jail for a few more months then back to Atwater If you can not get ahold of me contact Corey Moore at 907-274-0144 and leave a message he will know where I'm at. Or write to me at 6501 Donna Drive, Apt A
AK 99504

C.

Mr. Honig

This is Lavelle Lampkin. I just got your letter and I am still willing to help Ms. Asensio in her case. Now first of all I took a deal in my federal case. The deal was that I tell my part in the whole thing. But like I told them that Ms. Asensio did not give me any drugs. But they all wanted me to say that she did. I got the drugs from two Mexican brothers that I would call and meet in L.A. sometimes at her beauty shop. But alot of times she was not there. Plus threw Dann Kerr we stored clothes and drugs in her garage without her knowing. Now this is important. When I made bail and was out I could not make rent. So I told my attorney that I wanted to go to jail and start my time. But when the D.A. found out they paid my rent and then wanted me to lie on Ms. Asensi[o] ... started saying things that

I will be back at Atwater in about a month and a half the address there is

Lavelle Lampkin 14112-006
United States Penitentiary
1 Federal Way
Po Box 019001
Atwater CA 95301

Please write and let me know what I can do.