ZOYLA ASENSIO_BOYADZHYAN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5100
ADELANTO, CA. 92301



RECEIVED
AUG 0 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA FOR THE
DISTRICT COURT OF ALASKA

UNITED STATES OF AMERICA   )
    Respondent   )
       )
v   )   CASE NUMBER # A00-0079 (HRH)
       )   AFFADAVIT FROM ZOYLA ASENSIO
ZOYLA ASENSIO-BOYADZHYAN   )
    Petitioner   )

### AFFADAVIT FROM ZOYLA ASENSIO -BOYADZHYAN

STATE OF CALIFORNIA   )
                     ) ss.
County of _____ )

I ZOYLA ASENSIO-BOYADZHYAN  I present the Honorable Court the following on my behalf. I would like to request the opportunity to present new evidence tht was not presented by my attorney in my Federal Case, nor my Civil Case. In my supposed involvement of Conspiracy with Mr Danny Kerr, I did not have an opportunity to testify on my behalf.  Attached to this letter are letters written to my defense counsel from Mr Lavelle Lampkin who wrote these letters voluntarily.  I would ask this Honorable Judge to take into consideration this evidence that I am sending as it coincides with my original declaration date August 10, 2000 to the Government agent from Alaska, Mr Mark A Rosenbaum . I had testified that I had seen Mr Lavelle Lampkin on three occasions, the correct information should be

PAGE (1)

in the court documents.

Furthermore, when my attorney Mr Scott Sterling said that I would be tried by a jury , he never explain to me the consequences, of going to trial or plead guilty , and not knowing the law I was induce by my counsel to go to trial.  He also mention to me that I was going to be tried with co-defendant, despite my negative reaction to this , he obligated me to be tried by a jury with a person by the name of Mr Wayne Everette, a person who was said to be co-conspirator by Mr Danny Kerr, something that I never had knowledge of.Nor did I have any knowledge in respect to the "mule" who testified against Mr Wayne Everette, and said that he had traveled from San Diego to Alaska on two occasions and that only one occasion he had transported drugs from San Diego to Alaska. This person also affirmed that he had never seen me and that I had never spoke to Mr Wayne Everette regarding drugs either.

During the trial a young man by the name of Nicholas Lopeman was presented as a witness to testified and he said that supposedly he met with me to make a drug deal  but all these was a lie and, counsel never objected to this witness, because this is someone whom I had never been seen before the date that I saw him in the Court Room.  Mr Lopeman also confirmed that he knew Mr Mr Kerr when attorney asked Mr Kerr if he knew Mr Lopeman Mr Kerr responded **"No" AFTER**  Mr Lopeman confirmed that they were family of some sort.

When Mr Lopeman testitied, he said that the woman that he had made a drug deal with was as woman with black hair  my hair has been light brown since 1980; whose height is 5'9 I am 5'5 who weighs 200 lbs at that time I weighed 145 lbs who was around 30 years old, at that time I was 50 years old that he had gone to Florence Blvd in Los Angeles  at my place of Employment my place of employment is located in Huntington Park and

**PAGE (2)**

in Los Angeles. This information leads me to believe that this young man was given wrong information and he was trying very hard to lie and convince the jury and that he never learn the discription very well!!!!! perhaps they even took him to see me and he didn't get a good look of me maybe he didn't even know where they had taken him to see me, because if he took a taxi to see me he would have had to know exactly where and what city he was going to Florence Blve runs through a lot of cities, he mentioned Los Angeles and he never mentioned Huntington Park. I was insisting that my lawyer clarified these discrepancies but counsel was so ineffective that never took the time to investigate the witness and counsel also refuse for me to testified , counsel did not did a good defense at all and the jury found me guilty to the charges and testimony of the three individuals and I did not even know one of the individuals.

Petitioner pray this Honorable court to pleas grant petitioner a rehearing petitioner is aware that she has been requesting this court several times , and petitioner has been denied several times, for that reasons pray that since the Sentencing Guidelines are **ADVISORY** judge has the discretion to bring her to court and look into her case based on Title 18 U.S.C sec 3553(a) factors. Under Title 18 U.S.C. sec 3553(a) , the court must first consider the nature and circumstances of the offense and the history and characteristics of the defendant. It also indicates that the court sentence should reflect the seriousness of the offense, promote respect for the law and provide just punishement for the offense. I should afford adequate deterrence to criminal conduct, protect the public form further crimes of the defendant and provide the defendant with needed educational or vocational training , medical care or other corrective treatment in the most effective manner.

      a.      The court must consider the nature and circumstances of the offense and the history and characteristics of the defendant

How to evaluate the nature of this offense: one based on what the jury found and one based on the story that all these informants told the jury. and that these informants lied to obtain lower sentences from the Government. and all this uncorroborated statements, which were contradicted by these informants this informats acussed Asensio with the only object to have there sentence reduce and obtain benefit from the Government. The assertions by informants that led to the sentence even if they meet a preponderance standard, are suspect enough to discard now that the court is no longer required to impose enhancement's based on facts proven to a preponderance of evidence.

Asensio has no prior arrests or criminal history. This fact alone militates in favor of less than 188 months. Asensio is a 57 year-old mother of two children that respect and appreciate Asensio.

      b. The court's sentence should reflect the seriousness of the offense.

This offense is only as serious as the quantity and danger distributed In other words, there are not aggravating factors on the offense more serious. In this case the quantity of cocaine should have given Asensio a lower sentence.

      c. The court's sentence should promote respect for the law and provide just punishment for the offense

Even a relatively shor prison sentence for a first offender generally promotes respect for the law. Too harsh of a sentence, however promotes disrespect for the law because it give rise to the criticism that the court system is blind to justice. In this case 188 months for a first

offender is too much harshness and not enough mercy.

       d.    The court's sentence should afford adequate deterrence to criminal conduct, protect the public from further crimes of the defendant and provide the defendant with needed educational or vocational training , medical care, or other corrective treatment in the most effective manner

Asensio, because of the fact that she is not entrenched in a drug dealing lifestyle, presents a low likelihood of recidivism. Asensio has not shown any propensity toward violent conduct. Thus there is no need for a lengthy sentence to protect the public from Asensio. With has done 84 months of her sentence with only a few years of school and a lack of writing skills, Asensio could benefit from educationa training. A sentence in the neighborhood of 120 months, however is long enough for Asensio to exhaust all of the educational opportunities of the Bureau of Prison, Petitioner pray this Honorable Court to accept this affadavit and motion and give petitioner the opportunity to lower her sentence and **GRANT** Certificate of Appealability.

Respectfully Submitted on this 30 day of July, 2007

                                            Zoyla Asensio Boyadzhyan
                                            Federal Correctional Institution
                                            P.O. Box 5100
                                            Adelanto, Ca. 92301

## CERTIFICATE OF SERVICE

I, **Zoyla Asensio Boyadzhyan,** Petitioner in the foregoing **CERTIFICATE OF APPEALABILITY** do hereby certify that I have served a tru copy thereof on the United States District Court for the District of Alaska by depositing it in the Federal Correctional Institution in the City of Victorville first class postage prepaid, on the  30  day of  July , 2007

_____
Affiant/Petitioner