IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
          vs.                    )
                                 )
ZOYLA ISOLINA ASENSIO-BOYADZHYAN,)
et al.,                          )
                                 )    No. 3:00-cr-0079-HRH
                    Defendants.  )
_____)
                                 )
This Order Pertains to:          )
                                 )
ZOYLA ISOLINA ASENSIO-BOYADZHYAN )
(D-01)                           )
_____)
```

O R D E R

Application for
Certificate of Appealability

Defendant Asensio-Boyadzhyan applies to this district court for a certificate of appealability.[1]

By order of July 17, 2007,[2] this court entered an order of dismissal with respect to Asensio-Boyadzhyan's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, which petition

---

[1]     Docket No. 649.

[2]     Docket No. 647.

- 1 -

was treated by the court as one under § 2255. Because Asensio-Boyadzhyan had previously filed a § 2255 motion, Asensio-Boyadzhyan's most recent petition was treated as successive and she was informed that this district court might not act on a successive petition "without prior authorization from the Court of Appeals for the Ninth Circuit."[3]  Because Asensio-Boyadzhyan's application for a certificate of appealability must be addressed to the Ninth Circuit Court of Appeals rather than this district court, her application for a certificate of appealability filed with this district court is denied.

DATED at Anchorage, Alaska, this <u>14th</u> day of August, 2007.

<u>/s/ H. Russel Holland</u>
United States District Judge

---

[3]    Order of Dismissal at 3-4 (footnote omitted), Docket No. 647.