PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NUMBER.  NO OTHER DOCUMENT IS ATTACHED.