# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Zoyla Asensio-Boyadzhyan          Case Number: 3:00-cr-00079-HRH
    P.O. Box 5100                     Case Title:  USA v Asensio-Boyadzhyan
    Adelanto, CA 92301                Docket No:   652

Document Title: Motion To Release Personal Property

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

****************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed          ___ Pursuant to Court Order

___ Depositions are not routinely filed                  ___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed
****************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed                            ___ OTHER (see comments)

LR 5.1 Proof of Service
_XX__No proof of service on the document filed
****************************************************************************************************

**Comments:** All documents filed in U.S. District Court must include proof of service on opposing counsel.

Name: Pam Richter                                         Date: **August 21, 2007**