# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u> v. <u>ZOYLA ISOLINA ASENSIO-BOYADZHYAN</u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO. <u>3:00-cr-00079-01-HRH</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: <u>August 31, 2007</u>
ENTERED AT JUDGE'S DIRECTION:

     Defendant Asensio-Boyadzhyan's document titled Motion to Release Personal Property, at document number 652, has been filed however, it is deficient in the area(s) checked below:

<u>   </u>   Document is not signed. (D.Ak.LR 10.1)

<u>   </u>   Caption of the document is incomplete. (D.Ak.LR 10.1)

<u> X </u>   No proof of service on the document filed. (D.Ak.LR 5.1)

<u>   </u>   Document entitled  is overlength. (D.Ak.LR 10.1)

<u>   </u>   Document is not in compliance with D.Ak.LR .

<u>   </u>   Other: .

     The Clerk is directed to strike the above-referenced document from the record pursuant to the Notice of Non-Compliance entered at Clerk's Docket #653.

[strike.ord][12/97]