

## CERTIFICATE OF SERVICE

This is to certified that I Zoyla Isolina Asensio Boyadzhyan deposit this Certificate of Service on this 27 day of August, 2007 on a Federal Correctional Institution in the City of Adelanto, Ca. 92301 On a Federal Mailbox.

Zoyla Isolina Asensio Boyadzhyan
Federal Correctional Institution
P.O. Box 5100
Dublin, Ca. 92301

## NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

**RECEIVED SEP 04 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK**

| | | |
|---|---|---|
| To: | Zoyla Asensio-Boyadzhyan | Case Number: 3:00-cr-00079-HRH |
| | P.O. Box 5100 | Case Title: USA v Asensio-Boyadzhyan |
| | Adelanto, CA 92301 | Docket No: 652 |

Document Title: Motion To Release Personal Property

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___(a) General - see Comments Below
___(b) No Chamber copy(s)-copy charge

Amount Due: $_____

*************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed

___ Depositions are not routinely filed

___ Pursuant to Court Order

___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

*************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, **if not corrected** within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed

___ OTHER (see comments)

LR 5.1 Proof of Service
_XX_ No proof of service on the document filed

*************************************************************************************************

Comments: All documents filed in U.S. District Court must include proof of service on opposing counsel.

Name: Pam Richter                             Date: **August 21, 2007**

NAME ZOYLA ISOLINA ASENSIO BOYADZHYAN
REG # 18491-112
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5100
ADELANTO CA 92301

SAN BERNARDINO CA 924

29 AUG 2007 PM 3 T



United States District Court
District ov Alaska
Federal Building U.S Courthouse
222 W. 7th Avenue #4
Anchorage, Alaska 99514-7564

99513+7500