## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>        v.   <u>ZOYLA ASENSIO-BOYADZHYAN, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  <u>3:00-cr-0079-HRH</u>

This Minute Order Pertains to:      <u>ZOYLA ASENSIO-BOYADZHYAN(D-01)</u>

<u>Deputy Clerk</u>                     <u>Official Recorder</u>
_____              _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

On August 18, 2007, Zoyla Asensio-Boyadzhyan, representing herself, filed a motion to release personal property. (Docket No. 652.) She failed, however, to show proof of service of that document on counsel for the plaintiff, and thus her motion was stricken. (<u>See</u> Docket Nos. 653 and 655.)

Ms. Asensio-Boyadzhyan then filed a certificate of service with the court, stating that her certificate of service was mailed on August 27, 2007. (Docket No. 656.) With a letter to the clerk of court (Docket No. 657), Ms. Asensio-Boyadzhyan provides a copy of a certificate of service which still shows the deposit of mail at the institution and she provides a copy of an envelope addressed to the clerk of court. Ms. Asensio-Boyadzhyan must, however, show that her <u>motion</u> was served upon <u>counsel for the opposing party</u>.

- 1 -

Ms. Asensio-Boyadzhyan may renew her motion on this court's motion form, PS 15, a copy of which is provided as an attachment to this minute order. Ms. Asensio-Boyadzhyan must complete and submit the entire form. She must be sure to sign and date the motion and the certificate of service, at the bottom of the form, showing that she has served a copy of the completed form on Nelson P. Cohen, United States Attorney for Alaska, 222 West 7th Ave., Mail Box 9, Room 253, Anchorage, Alaska 99513.

IT IS SO ORDERED.