_____
Name

_____
Prison Number

_____
Place of Confinement

_____

_____
Address

_____
Telephone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| _____,    | Case No. _____ |
|       Plaintiff,                   |                                |
| vs.                                |         M O T I O N            |
| _____     | to/for _____ |
| _____,    |                                |
|       Defendant(s).                |                                |

I, _____, proceeding without a lawyer, move

to/for _____ under

the following statute(s)/rule(s) (if known) _____ for the

following reason(s):_____

_____

_____

_____

_____

PS 15 (effective 8/05)

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, _____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _____, at _____.

_____<br>Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
               (Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on_____
                                (Opposing Party or Counsel)

at _____.
                             (Address)

_____<br>Signature