**Name:** ZOYLA ISOLINA ASENSIO BOYADZHYAN

**Prison Number:** 18491-112

**Place of Confinement:** P.O. BOX 5100, ADELANTO, CA. 92301

**Address:**

**Telephone:**

RECEIVED
SEP 24 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

ZOYLA ISOLINA ASENSIO BOYADZHYAN,

   Defendant(s).

Case No. 3:00-CR 79

**MOTION**

to/for RELEASE PERSONAL PROPERTY

I, ZOYLA ASENSIO- BOYADZHYAN, proceeding without a lawyer, move to/for _____ under the following statute(s)/rule(s) (if known) **UNKNOWN** for the following reason(s): **COMES NOW PETITIONER ZOYLA ASENSIO BOYADZHYAN** Pro Se **requesting** this Honorable court to accept this Motion to release personal property, Petitioner was sentence on or around 2000 and all her personal property was taken at the search, that was done by the Government and up to this date government has not release to petitioner all her personal property and petitioner pray this Honorable Court to please have the government release all her personal property to her sister her name is Lesbia Morales and her address is 2686 E Florence Avenue Huntington Park, Ca. 90255

PS 15 (effective 8/05)

Lesbia Morales for all these reasons petitioner Boyadzhyan pray this court to please send all personal property as requested above enclose please find (Exibit A disclosuring all personal property keep by the governmet.

### Declaration Under Penalty of Perjury

I, Zoyla Isolina Asensio Boyadzhyan, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: September 19, ~~2008~~ 2007, at Adelanto, California.

✓ _____
Signature
Zoyla Isolina Asensio Boyadzhyan

### Certificate of Service

I certify that, on Zoyla Isolina Asensio Boyadzhyan a copy of this motion
(Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on September 19, 2007
(Opposing Party or Counsel)

at 222 West 7th Avenue Mail Box 9 Room 253, Anchorage, Alaska 99513
(Address)

✓ _____
Signature
Zoyla Isolina Asensio Boyadzhyan

PS 15 (effective 8/05)                2                          MOTION

PRESENTENCE REPORT - Zoyla Isolina Asensio-Boyadzhyan

    1. A white chunk substance contained in a clear plastic zip-lock bag (12" x 10.5") wrapped with a small, white wash cloth, further contained inside a green paper bag. This was located on the second shelf from the top of a white armoire in the master bedroom. **Laboratory analysis revealed the substance to be a mixture containing cocaine, and weighing 250.3 grams.**

    2. Four "bricks," approximately 8.5" x 5.5" x 2", were found between the rafters near the edge of the attic in the detached garage. Three bricks were wrapped with brown and black plastic tape, further wrapped with clear Saran wrap and covered with gray duct tape. One brick was wrapped with cellophane tape written with purple letter labels. **Laboratory anaylsis revealed the substance to be a mixture containing cocaine, and weighing 3,914 grams.**

57. Among the non-drug evidence seized from ASENSIO's residence was the following:

    1. Miscellaneous keys, camera, cellular telephone, pager, personal identification, credit cards, documents, receipts, and photographs were found inside a black bag on top of the six-drawer dresser in the master bedroom.
    2. Two cellular telephones, an address book, and photos were found in the drawer of the night-stand on the left side of the bed in the master bedroom.
    3. Miscellaneous documents and certificate of naturalization for ASENSIO were found in a wooden cabinet in the family/rec room.
    4. One artistic pipe found on the fireplace mantle in the living room.
    5. One Food Saver II vacuum sealer in the master bedroom closet.
    6. Plastic/latex gloves and miscellaneous documents in a wooden cabinet between two couches in the living room.
    7. $30,800 in U.S. currency was found in the second drawer of the armoire in the master bedroom.
    8. One hand-held metal detector was found in the six-drawer dresser in the master bedroom.
    9. One cellular telephone was found in the armoire in the master bedroom.
    10. Three rolls of duct tape and one roll of black electrical tape were found in the armoire in the master bedroom.
    11. One box of Bounce brand fabric softener sheets was found in the rafters of the attic in the detached garage.
    12. Miscellaneous documents were found in a four-drawer file cabinet in the detached garage.

57A. Investigation revealed that ASENSIO received $116,928 in money transfers, and among that was a total of $33,798 sent by Murville Lampkin, $12,050 sent by Danny Kerr, $4,000 sent by Anthony EVERETTE, $11,100 sent by James Hayes, $6,200 sent by Brian Snow, $5,890 sent by Bill Shuart, $5,100 sent by Karen Contreras, $3,500 sent by Christina Stone, $2,500 sent by Cindi Brown, $2,000 sent by Bruce Brown, $2,000 sent by Serena Waggoner, $1,100 sent by Stan Stanton, $600 sent by Linda Addrews, and another $27,000 (total) sent by 18 other individuals. Investigation also revealed that EVERETTE received $16,023 in money transfers, and among that was a total of $1,800 sent by Lampkin, $400 sent by Linda Andrews, $800 sent by Jeff Bentz, $950 sent by Joe Black, $1,300 sent by Diana Dodson, $200 sent by Danny Ha, $2,150 sent by James Hayes, $1,800 sent by Jim Hayes, $375 sent by Artis Kelley, $900 sent by Anthony Potts, $1,800 sent by Thomas Potts, $750 sent by Tom Potts, $798 sent by Cindy Pritchard, and

**CERTIFICATE OF SERVICE**

This is to certified that I Zoyla Asensio Boyadzhyan deposit this Motion to Release Personal Property on a Federal Correctional Institution on this 19 day of September 2007 .

                                              Respectfully Submitted

                                              Zoyla Asensio Boyadzhyan
                                              Federal Correctional Institution
                                              P.O. Box 5100
                                              ADELANTO, CA. 92301

NAME Zoyla Isolina Asensio Boyadzhyan
REG # 18491-112
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5100
ADELANTO CA 92301

SAN BERNARDINO CA 924
24 SEP 2007 PM

USA First-Class

UNITED STATES DISTRICT COURT
222 WEST 7th AVENUE
ANCHORAGE, ALASKA 99513