# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

| | |
|---|---|
| To:   Zoyla Asensio-Boyadzhyan | Case Number:   3:00-cr-00079-01-HRH |
| P.O. Box 5100 | Case Title:   USA v Asensio-Boyadzhyan |
| Adelanto, CA 92301 | Docket No:   661 |

Document Title:   Motion to Release Personal Property

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

<u>LR 3.1 Papers to Accompany Filing</u>
___ (a) Cover Sheet missing

___ OTHER (see comments)

<u>LR 10.1 Form of Pleading</u>
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

*************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

<u>FRCP 5(d) Serving & Filing Pleadings and Other Papers</u>
___ Discovery documents are not routinely filed                 ___ Pursuant to Court Order

___ Depositions are not routinely filed                                    ___ OTHER (see comments)

<u>28:1914(a) Filing Fee</u>
___ Returned for Filing Fee <u>or</u> waiver of fees

<u>FRCP 10 Form of Pleading</u>
___ (a) Returned Complaint - Names of Parties not listed

*************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

<u>LR 10.1 Form of Pleading</u>
___ (e) First page information missing (see comments below)
___ (f) Document is not signed                                               ___ OTHER (see comments)

<u>LR 5.1 Proof of Service</u>
 XX  No proof of service on the document filed
*************************************************************************************************

**Comments:**   All documents filed in U.S. District Court must include proof of service on opposing counsel.

Name:   Pam Richter                                                                    Date:   **September 24, 2007**