# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 U.S.A.   v.   ZOYLA ASENSIO-BOYADZHYAN

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                              CASE NO.  3:00-cr-00079-01-HRH

 Pam Richter

PROCEEDINGS: **CLERK'S NOTICE**              DATE: September 25, 2007

      The parties are advised to disregard the Notice of Non-Compliance at docket 662 as inadvertently entered.  It does appear that service of Defendant Asensio-Boyadzhyan's Motion To Release Personal Property was served on the U.S. Attorney's Office at Anchorage, Alaska, on September 19, 2007.

[ ]{CLERKNOT.WPD*Rev.12/97}