NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:00-cr-00079-HRH |
| Plaintiff, | ) |
| vs. | ) GOVERNMENT'S RESPONSE<br>) TO MOTION TO RELEASE<br>) PERSONAL PROPERTY |
| ZOYLA ASENSIO-BOYADZHYAN, | ) |
| Defendant. | ) |

The United States does not oppose the return of property in this case.  The property is in the custody of the Federal Bureau of Investigation.  The case involved three defendants, with all but one appeal resolved to date; as that appeal involves a sentencing issue only, the United States will return the property at this time.

Because of the amount of property seized and the number of co-defendants, the United States would like 90 days to complete the tasks of sorting through the evidence and property and returning items to the rightful owners. Of course, no items of contraband or any item which has been forfeited will be returned. The government will file a status report in this case regarding the return of property no later than January 10, 2008.

Respectfully submitted this 10th day of October, 2007, in Anchorage, Alaska.

>s/ Retta-Rae Randall
RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov
Alaska Bar No. 9309061

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007,
a copy of the foregoing
RESPONSE TO DEFENDANT'S MOTION
TO RELEASE PERSONAL PROPERTY
was served via U.S. Mail on:

Zoyla Isolina Asensio-Boyadzhyan
18491-112
Victorville Prison Camp
P.O. Box 5100
Adelanto, CA 92301

  s/ Retta-Rae Randall