NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:00-cr-00079-HRH |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | MOTION TO RELEASE |
| ZOYLA ASENSIO-BOYADZHYAN, | ) | PERSONAL PROPERTY |
| | ) | |
| Defendant. | ) | |

The Motion to Release Personal Property has been reviewed and is hereby GRANTED.

The government shall have 90 days to return the items to the rightful owners.

IT IS SO ORDERED.

Dated:_____     _____
                                                                H. RUSSEL HOLLAND
                                                                United States District Judge