NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99507
Phone: (907) 271-5071
Fax: (907) 271-1500
E-Mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:00-cr-00079-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | RETTA-RAE RANDALL |
| ZOYLA ASENSIO-BOYADZHYAN, | ) | |
| | ) | |
| Defendant. | ) | |

I, RETTA-RAE RANDALL, being first duly sworn upon oath, depose and say:

1.  I am the Assistant United States Attorney assigned to this case.

2. All of the representations contained in the Government's Response to Motion to Release Personal Property are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 10/10/07.

RETTA-RAE RANDALL

SUBSCRIBED AND SWORN TO before me this 10th day of October, 2007, Anchorage, Alaska.



Notary Public in and for Alaska
My Commission Expires: with office