IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    vs.<br><br>ZOYLA ISOLINA ASENSIO-BOYADZHYAN,<br>et al.,<br><br>                   Defendants.<br>_____<br><br>This Order Pertains to:<br><br>ZOYLA ISOLINA ASENSIO-BOYADZHYAN<br>(D-01)<br>_____ | No. 3:00-cr-0079-HRH |

O R D E R

Motion for Release of Property

      Defendant Asensio-Boyadzhyan moves for the release and return of personal property seized by federal authorities in connection with the prosecution of this case.[1] The Government expressly responds that the motion should be granted.[2]

      The motion for return of personal property is granted, provided, however, that the Government shall have 90 days to

---

[1] Docket No. 661.

[2] Docket No. 665.

- 1 -

complete the task of sorting through evidence and property seized in connection with this case to verify that items are returned to the proper person and to verify that no items of contraband are released.  The Government's proposal to report to the court on this matter by January 10, 2008, is accepted.

DATED at Anchorage, Alaska, this 12th day of October, 2007.

/s/ H. Russel Holland
United States District Judge