**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 21 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ZOYLA ISOLINA ASENSIO-BOYADZHYAN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 07-73500<br><br>ORDER |
|---|---|

**RECEIVED**

NOV 2 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is denied. Petitioner has not made a prima facie showing under 28 U.S.C. § 2255 of:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found the defendant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

*See also United States v. Cruz*, 423 F.3d 1119 (9th Cir. 2005) (per curiam).

07-73500

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).