NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:00-cr-00079-HRH |
| | ) |
| Plaintiff, | ) |
| | ) GOVERNMENT'S NOTICE |
| vs. | ) THAT PROPERTY HAS BEEN |
| | ) RETURNED |
| ZOYLA ASENSIO-BOYADZHYAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The United States notifies the court herein that the property of the above-named defendant has been mailed to her designated representative by the Federal Bureau of Investigation as of Monday, January 14, 2008.

Respectfully submitted this 18th day of January, 2008, in Anchorage, Alaska.

> s/ Retta-Rae Randall
> RETTA-RAE RANDALL
> Assistant U.S. Attorney
> Federal Building and U.S. Courthouse
> 222 West 7th Avenue, #9, Room 253
> Anchorage, AK  99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: rettarae.randall@usdoj.gov
> Alaska Bar No. 9309061

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008,
a copy of the foregoing
GOVERNMENT'S NOTICE THAT
PROPERTY HAS BEEN RETURNED
was served via U.S. Mail on:

Zoyla Isolina Asensio-Boyadzhyan
18491-112
Victorville Prison Camp
P.O. Box 5100
Adelanto, CA 92301

  s/ Retta-Rae Randall